"Roseboro Notice"!
Pursuant to Roseboro vs. Garrison, 528 F.2d (4th Cir. 1975).
Opposing Counsels have 21 days to respond to this Motion.
In the U.S. District Court for the District of Columbia

David Meyers

    vs. Case # 1:19-MC-00176-UNA

Christina Doran Troiani

August 6th 2020

RECEIVED Mail Room AUG 18 2020 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

David Meyers

    vs. Case # 1:20-CV-00624-UNA

United States of America

"Consolidated"

Motion for Status Hearing, Injunctive Relief Be Granted to Plaintiff, and Objection to any Dismissals Orders of these Civil Actions, and Objection to Opposing Counsels Motions to Dismiss these Civil Actions Due to the ATIFA "CHAOS" Gang Sussex 1 State Prison Employees A. Miller, A. Brown, N. Laboy, M. Perry, A. Nelson, Mr. Dunlevy, Ms. Darby, A. Wethington, Ivan Gilmore, S. Vancampen, Mr. Bryant, Mr. Hibbs, and H. Spencer Refusal to Give Me This Honorable Court's, and Other Courts, U.S. Attorneys, and Opposing Counsels Correspondences to Me for the Last 90 Days.

Comes Now, The Plaintiff, David Meyers, Submitting to This Honorable Court a Consolidated Motion for Status Hearing, Injunctive Relief Be Granted to Plaintiff, and Objection to Any Dismissals Orders of These Civil Actions, and Objection to Any Dismissals Orders of These Civil Actions, and Objection to Opposing Counsels Motion to Dismiss These Civil Actions, Due to the ATIFA "CHAOS" Gang Sussex 1 State

CERTIFICATE OF SERVICE

I The Undersigned Did Mail A Copy Of The Enclosed Consolidated Motion To U.S. Attorney General Jefferson Sessions And Solicitor General Of The United States U.S. Department Of Justice 950 Pennsylvania Ave, Washington, DC. 20530 And Was Delivered By The U.S. Postal Service On This 6th Day Of August 2020.

David Meyers